UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Utah Political Watch, *et al.* <br><br> *Plaintiffs/Appellants,* <br><br> v. <br><br> Alexa Musselman, *et al.* <br> *Defendants/Appellees.* | Case No. 25-4124 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for: *Amicus Curiae American Civil Liberties Union Foundation of Utah* in the above-captioned case(s).

| | |
|---|---|
| Jason M. Groth <br> Name of Counsel | Masami T. Kanegae <br> Name of Counsel |
| */s/ Jason M. Groth* <br> Signature of Counsel | */s/ Masami T. Kanegae* <br> Signature of Counsel |
| 311 South State Street, Suite 310 <br> Salt Lake City, UT 84111 <br> (801) 521-9862 <br> Mailing Address and Telephone Number | 311 South State Street, Suite 310 <br> Salt Lake City, UT 84111 <br> (801) 521-9862 <br> Mailing Address and Telephone Number |
| jgroth@acluutah.org <br> E-Mail Address | mkanegae@acluutah.org <br> E-Mail Address |

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

<u>November 14th, 2025</u>
Date

<u>/s/ Jason M. Groth</u>
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

# CERTIFICATE OF SERVICE

I hereby certify that:

☒All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐On _____ I sent a copy of this Entry of Appearance Form to:

[date]

_____

at_____,

the last known address/email address, by _____.

[state method of service]

November 14th, 2025
Date

*/s/ Jason M. Groth*
Signature