FILED  
United States Court of Appeals  
Tenth Circuit

December 5, 2025

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UTAH POLITICAL WATCH, INC., et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ALEXA MUSSELMAN, Utah House of Representatives Communications Director and Media Liaison Designee, et al., in their official and individual capacities, <br><br> Defendants - Appellees. <br><br> ------------------------------ <br><br> THE FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION, et al., <br><br> Amici Curiae. | No. 25-4124 <br> (D.C. No. 2:25-CV-00050-RJS) <br> (D. Utah) |

_____

**ORDER**

_____

This matter is before the court on the amicus curiae brief filed by The Foundation for Individual Rights and Expression and the Reporters Committee for Freedom of the Press. At the direction of the court, the brief is stricken pursuant to Fed. R. App. P.

29(a)(2) (permitting the court to strike an amicus curiae brief). The entry of appearance filed on behalf of the aforementioned amici on November 20, 2025 is also stricken.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk

2