UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 14, 2026

Ms. Victoria Ashby
Ms. Christine R. Gilbert
Mr. Alan Richard Houston
Office of Legislative Research & General Counsel
350 North State Street, Suite W210
Salt Lake City, UT 84114

Tyler R. Green
Consovoy McCarthy
222 South Main Street, 5th Floor
Salt Lake City, UT 84111

Mr. Julius Kairey
Mr. Daniel M. Vitagliano
Consovoy McCarthy
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209

**RE:**    **25-4124, Utah Political Watch, et al v. Musselman, et al**
       Dist/Ag docket: 2:25-CV-00050-RJS

Dear Counsel:

The paper copies of appellee's brief are deficient.

An insufficient number of paper copies of appellees' brief were filed in this case. Seven paper copies of the brief are required. *See* 10th Cir. R. 31.5. You must file six (6) additional copies within three days of the date of this notice. *See* 10th Cir. R. 42.1. **Please note that all pending briefing deadlines remain in place.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:　　Jason M. Groth
　　　　Robert P. Harrington
　　　　Peter Jacobs
　　　　Masami Kanegae
　　　　Charles Michael Miller
　　　　Connor P. Mui
　　　　KatieLynn B. Townsend

CMW/art