FILED
United States Court of Appeals
Tenth Circuit

January 26, 2026

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

UTAH POLITICAL WATCH, INC., et al.,

    Plaintiffs - Appellants,

v.

ALEXA MUSSELMAN, Utah House of Representatives Communications Director and Media Liaison Designee, in their official and individual capacities, et al.,

    Defendants - Appellees.

------------------------------

AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, et al.,

    Amici Curiae.

No. 25-4124
(D.C. No. 2:25-CV-00050-RJS)
(D. Utah)

---

**ORDER**

---

This matter is before the court on Appellants' *Motion to Expedite and, Alternatively, Motion for Injunction Pending Appeal* ("Motion"); *Appellees' Opposition to Motion to Expedite and Motion for Injunction Pending Appeal*; and Appellants' *Reply in Support of Motion to Expedite and, Alternatively, Motion for Injunction Pending Appeal*. At the specific direction of the panel of judges who will hear oral argument and decide the merits of this appeal, the Motion is DENIED as follows.

Appellants' request for the court to expedite oral argument and decision in this matter is DENIED. This matter will be set for oral argument on March 17, 2026 in Denver, Colorado. The parties will be notified via separate order of the specific date and time for oral argument.

Appellants' request for an injunction pending appeal is DENIED WITHOUT PREJUDICE TO RENEWAL. Should Appellants wish to renew their request for an injunction pending appeal, they may do so via a newly filed motion that fully addresses the factual and legal bases for the requested relief. *See* 10th Cir. R. 8.1 ("No motion for a stay or an injunction pending appeal will be considered unless the applicant addresses all of the [factors identified in the rule].").

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk