FILED
United States Court of Appeals
Tenth Circuit

**June 30, 2026**

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UTAH POLITICAL WATCH, INC.;
BRYAN SCHOTT,

     Plaintiffs - Appellants,

v.

ALEXA MUSSELMAN, Utah House of
Representatives Communications Director
and Media Liaison Designee, in their
official and individual capacities;
ANDREA PETERSON, Utah Senate
Deputy Chief of Staff and Media Liaison
Designee; ABBY OSBORNE, Utah House
of Representatives Chief of Staff; MARK
THOMAS, Utah Senate Chief of Staff, in
their official and individual capacities,

     Defendants - Appellees.

------------------------------

AMERICAN CIVIL LIBERTIES UNION
OF UTAH FOUNDATION;
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION;
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS,

     Amici Curiae.

No. 25-4124
(D.C. No. 2:25-CV-00050-RJS)
(D. Utah)

_____

## JUDGMENT
_____

Before **TYMKOVICH**, **MURPHY**, and **BACHARACH**, Circuit Judges.
_____

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the District of Utah for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk