**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 17, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UTAH POLITICAL WATCH, INC., et al.,

Plaintiffs - Appellants,

v.

ALEXA MUSSELMAN, Utah House of Representatives Communications Director and Media Liaison Designee, in their official and individual capacities, et al.,

Defendants - Appellees.

------------------------------

AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, et al.,

Amici Curiae.

No. 25-4124
(D.C. No. 2:25-CV-00050-RJS)
(D. Utah)

---

**ORDER**

---

Before **TYMKOVICH**, **MURPHY**, and **BACHARACH**, Circuit Judges.

---

Appellant's petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

Entered for the Court

Per Curiam