UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 25, 2026

Gary P. Serdar
United States District Court for the District of Utah
351 South West Temple
Salt Lake City, UT 84101

**RE: 25-4124, Utah Political Watch, et al v. Musselman, et al**
Dist/Ag docket: 2:25-CV-00050-RJS

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's June 30, 2026 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Victoria Ashby
Christine R. Gilbert
Tyler R. Green
Jason M. Groth
Robert P. Harrington
Alan Richard Houston
Peter Jacobs
Julius Kairey
Masami Kanegae
Charles Michael Miller

Connor P. Mui
Stanford E. Purser
KatieLynn B. Townsend
Daniel M. Vitagliano

CMW/at